**USA AIRMOBILE, INC.,**
**Plaintiff–Appellant,**

v.

**AIR 2, LLC, Lloyd Hill, Thomas P. Mcshane, and Mark D. Camus,**
**Defendants–Appellees.**

No. 03–1598.

United States Court of Appeals, Federal Circuit.

Oct. 6, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Jeffrey M. HATHAWAY, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

No. 03–3288.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2003.

ORDER

Order Vacated, See 2003 WL 22718026.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.